Case No. 21-702

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; PARISH STEERING COMMITTEE OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; THE ARCHDIOCESE OF SANTA FE REAL ESTATE CORPORATION, TRUSTEE OF THE ARCHDIOCESE OF SANTA FE REAL ESTATE TRUST; and THE ARCHDIOCESE OF SANTA FE DEPOSIT AND LOAN FUND,

Petitioners,

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Respondent.

———————

On Appeal from the United States Bankruptcy Court for the
District of New Mexico,
Case No. 18-BR-13027-t11
Judge David T. Thuma

———————

**STATUS REPORT**

———————

- 2 -

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Robert M. Charles, Jr.<br>Susan M. Freeman<br>201 E. Washington St., Suite 1200<br>Phoenix, AZ  85004-2595<br>Telephone:  (602) 262-5311<br>RCharles@lewisroca.com<br>SFreeman@lewisroca.com | WALKER & ASSOCIATES, P.C.<br>Thomas D. Walker<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102<br>Telephone: (505) 766-9272<br>twalker@walkerlawpc.com<br><br>ELSAESSER ANDERSON, CHTD.<br>Ford Elsaesser<br>Bruce A. Anderson<br>320 E. Neider Avenue, Ste. 102<br>Coeur d'Alene, ID  83815<br>Telephone: (208) 667-2900<br>ford@eaidaho.com<br>brucea@eaidaho.com |

*Counsel for Petitioners*


PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang
Kenneth H. Brown
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 263-7000
Email: jstang@pszjlaw.com
         kbrown@pszjlaw.com
Attorneys for the Respondent,
Official Committee of Unsecured Creditors

117584125.10

Petitioners, the Roman Catholic Church of the Archdiocese of Santa Fe, Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe, the Archdiocese of Santa Fe Real Estate Corporation, Trustee of the Archdiocese of Santa Fe Real Estate Trust, and the Archdiocese of Santa Fe Deposit and Loan Fund; and Respondent, the Official Committee of Unsecured Creditors, hereby jointly report pursuant to this Court's October 31, 2022 Order as follows.

On December 28, 2022, the United States bankruptcy court for the District of New Mexico entered its Order Confirming Debtor's First Amended Plan Of Reorganization Dated November 3, 2022.  The confirmation order was not stayed pending appeal.  The parties are awaiting the Effective Date of the confirmed Plan, which will resolve this appeal.  That Effective Date will hopefully occur within 30 days.

The parties again stipulate and move this Court to stay proceedings before this Court, and all appellate deadlines, through February 28, 2023.  Specifically, the parties jointly stipulate and request that this Court stay Respondent's deadline to submit its

117584125.10

Opposition to Appellants' Petition for Permission to Appeal, as well as all subsequent appellate deadlines, through February 28, 2023.

To avoid the potential unnecessary expenditure of time and resources, the parties jointly agree that a stay is appropriate and in the interests of both the parties and justice. This stay will permit the parties to save and devote to settlement the resources that otherwise would be expended on this appeal. In addition, the courts will avoid expending time and effort on matters that may be consensually resolved without further court intervention.

Finally, counsel avow that this stay is not requested with the intent to delay or for any improper purpose.

The parties accordingly move the Court for an Order that Respondent's deadline to file its Opposition, and all subsequent deadlines, are stayed through February 28, 2023, subject to written notice by the Official Committee of Unsecured Creditors to the other parties hereto, through their counsel, terminating the stay. In addition, the parties shall notify the Court in writing within 5 days of any developments that impact the abatement of the petition. Upon notification that this matter should proceed, the Court would set a 14-

day deadline for the Official Committee of Unsecured Creditors to respond to the petition.

Dated: January 30, 2023

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
Susan M. Freeman
Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe et al
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.622.3088
E-mail:rcharles@lewisroca.com

and

ELSAESSER ANDERSON, CHTD.

By: */s/ Ford Elsaesser (w/permission)*
Ford Elsaesser
Bruce A. Anderson
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

and

117584125.10

WALKER & ASSOCIATES, P.C.

By: */s/ Thomas D. Walker (w/permission)*
Thomas D. Walker
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
(505) 766-9272
twalker@walkerlawpc.com
*Counsel for the Archdiocese*

and

PACHULSKI STANG ZIEHL & JONES LLP


By: */s/ Kenneth Brown (w/permission)*
James I. Stang
Kenneth H. Brown
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 263-7000
Email: jstang@pszjlaw.com
    kbrown@pszjlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

- 6 -

117584125.10

- 7 -

I hereby certify that, on January 30, 2023, in accordance with Federal Rule of Appellate Procedure 25(c)(2), and Rule 25.4 of the Tenth Circuit's Local Rules, a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and by email to the persons listed below:

s/*Robert M. Charles, Jr.*
Robert M. Charles, Jr.

## CERTIFICATIONS

I certify that the following is true and correct to the best of my knowledge and belief, formed after a reasonable inquiry:

(1) This status report is proportionally spaced and contains 1041 words and therefore complies with the applicable type-volume limitations.

(2) Any required privacy redactions have been made.

(3) If required to file additional hard copies, the ECF submission is, except for any redactions, an exact copy of those hard copies.

(4) The ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program Windows Defender, which is continuously updated, and, according to the program is free of viruses.

(5) On January 30, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to:

Bruce A. Anderson: brucea@eaidaho.com
Kenneth Brown: kbrown@pszjlaw.com
Ford Elsaesser: ford@eaidaho.com
Ms. Susan M. Freeman: SFreeman@lewisroca.com
Ms. Gail S. Greenwood: ggreenwood@pszjlaw.com
James I. Stang: jstang@pszjlaw.com
Mr. Thomas D. Walker: twalker@walkerlawpc.com

　*/s/ Robert M. Charles, Jr.*
LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe, the Archdiocese of Santa Fe Real Estate Corporation, Trustee of the Archdiocese of Santa Fe Real Estate Trust, and the Archdiocese of Santa Fe Deposit and Loan Fund*

117584125.10