Case No. 21-702

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; PARISH STEERING COMMITTEE OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; THE ARCHDIOCESE OF SANTA FE REAL ESTATE CORPORATION, TRUSTEE OF THE ARCHDIOCESE OF SANTA FE REAL ESTATE TRUST; and THE ARCHDIOCESE OF SANTA FE DEPOSIT AND LOAN FUND,

       Petitioners,

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

       Respondent.

———————————

On Appeal from the United States Bankruptcy Court for the
District of New Mexico,
Case No. 18-BR-13027-t11
Judge David T. Thuma

———————————

**STIPULATION FOR DISMISSAL**

———————————

117584125.11

- 2 -

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Robert M. Charles, Jr.<br>Susan M. Freeman<br>201 E. Washington St., Suite 1200<br>Phoenix, AZ  85004-2595<br>Telephone:  (602) 262-5311<br>RCharles@lewisroca.com<br>SFreeman@lewisroca.com | WALKER & ASSOCIATES, P.C.<br>Thomas D. Walker<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102<br>Telephone: (505) 766-9272<br>twalker@walkerlawpc.com<br><br>ELSAESSER ANDERSON, CHTD.<br>Ford Elsaesser<br>Bruce A. Anderson<br>320 E. Neider Avenue, Ste. 102<br>Coeur d'Alene, ID  83815<br>Telephone: (208) 667-2900<br>ford@eaidaho.com<br>brucea@eaidaho.com |

*Counsel for Petitioners*

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang
Kenneth H. Brown
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 263-7000
Email: jstang@pszjlaw.com
          kbrown@pszjlaw.com
Attorneys for the Respondent,
Official Committee of Unsecured Creditors

Petitioners, the Roman Catholic Church of the Archdiocese of Santa Fe, Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe, the Archdiocese of Santa Fe Real Estate Corporation, Trustee of the Archdiocese of Santa Fe Real Estate Trust, and the Archdiocese of Santa Fe Deposit and Loan Fund; and Respondent, the Official Committee of Unsecured Creditors, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

The parties accordingly move the Court for an Order dismissing this proceeding with prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 23, 2023   LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
Susan M. Freeman
Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe et al
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.622.3088
E-mail:rcharles@lewisroca.com

117584125.11

and

ELSAESSER ANDERSON, CHTD.

By: */s/ Ford Elsaesser (w/permission)*
Ford Elsaesser
Bruce A. Anderson
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

and

WALKER & ASSOCIATES, P.C.

By: */s/ Thomas D. Walker (w/permission)*
Thomas D. Walker
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
(505) 766-9272
twalker@walkerlawpc.com
*Counsel for the Archdiocese*

and

- 4 -

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Kenneth Brown (w/permission)*
James I. Stang
Kenneth H. Brown
Gail Greenwood
150 California Street, 15th Floor
San Francisco, CA 94111
(415) 263-7000
Email: jstang@pszjlaw.com
         kbrown@pszjlaw.com
         ggreenwood@pszjlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

- 6 -

I hereby certify that, on February 23, 2023, in accordance with Federal Rule of Appellate Procedure 25(c)(2), and Rule 25.4 of the Tenth Circuit's Local Rules, a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and by email to the persons listed below:


s/*Robert M. Charles, Jr.*
Robert M. Charles, Jr.

117584125.11

## CERTIFICATIONS

I certify that the following is true and correct to the best of my knowledge and belief, formed after a reasonable inquiry:

(1) This stipulation for dismissal is proportionally spaced and contains 742 words and therefore complies with the applicable type-volume limitations.

(2) Any required privacy redactions have been made.

(3) If required to file additional hard copies, the ECF submission is, except for any redactions, an exact copy of those hard copies.

(4) The ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program Windows Defender, which is continuously updated, and, according to the program is free of viruses.

(5) On February 23, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to:

Bruce A. Anderson: brucea@eaidaho.com
Kenneth Brown: kbrown@pszjlaw.com
Ford Elsaesser: ford@eaidaho.com
Ms. Susan M. Freeman: SFreeman@lewisroca.com
Ms. Gail S. Greenwood: ggreenwood@pszjlaw.com
James I. Stang: jstang@pszjlaw.com
Mr. Thomas D. Walker: twalker@walkerlawpc.com

 */s/ Robert M. Charles, Jr.*
LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe, the Archdiocese of Santa Fe Real Estate Corporation, Trustee of the Archdiocese of Santa Fe Real Estate Trust, and the Archdiocese of Santa Fe Deposit and Loan Fund*

117584125.11