FILED
United States Court of Appeals
Tenth Circuit

February 24, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; PARISH STEERING COMMITTEE OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE; ARCHDIOCESE OF SANTA FE REAL ESTATE CORPORATION; TRUSTEE OF THE ARCHDIOCESE OF SANTA FE REAL ESTATE TRUST; ARCHDIOCESE OF SANTA FE DEPOSIT AND LOAN FUND,<br><br>    Petitioners,<br><br>v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Respondent. | No. 21-702<br>(1:18-BK-13027-T11)<br>(United States Bankruptcy Court for the District of New Mexico) |

_____

**ORDER**
_____

This petition for permission to appeal pursuant to 28 U.S.C. § 158(d)(2) is before

the court on Petitioners' *Stipulation for Dismissal*, which is construed as a motion to

withdraw the petition for permission to appeal. Upon consideration, and as construed, the motion is granted, the petition is withdrawn, and this matter is dismissed.

> Entered for the Court
> CHRISTOPHER M. WOLPERT, Clerk
>
> *Jane K. Castro*
>
> by: Jane K. Castro
>       Chief Deputy Clerk